IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>MARK W. BLODGETT and<br>STOCKERYALE, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>: Case No. 1:05CV01040<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S MOTION FOR PAYMENT OF
<u>DIGORGED FUNDS TO THE UNITED STATES TREASURY</u>**

The Securities and Exchange Commission respectfully moves for an order directing payment of the disgorged funds presently held in an interest-bearing account in this case to the United States Treasury. In support of its motion, the SEC submits the accompanying brief.

Pursuant to Local Rule 7(m), counsel for the SEC has conferred with counsel for Defendants, who advised that Defendants do not oppose this motion.

Dated: October 31, 2005              Respectfully Submitted,

*/s/ Sarit Keinan*
Peter H. Bresnan
John Reed Stark (DC Bar #425187)
Thomas A. Sporkin (DC Bar #444865)
David R. Herman
Sarit Keinan (DC Bar #465509)

Attorneys for Plaintiff
U.S. Securities and Exchange
Commission
100 F Street, N.E.
Washington, DC 20549-5631
(202) 551-4892 (Stark)

Case 1:05-cv-01040-HHK    Document 6    Filed 10/31/2005    Page 2 of 2

- 2 -

Attorneys for Plaintiff
U.S. Securities and Exchange
Commission
100 F Street, N.E.
Washington, DC 20549-5631
(202) 551-4892 (Stark)