IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : |
| Plaintiff, | : |
| v. | : Case No. 1:05CV01040 |
| MARK W. BLODGETT and STOCKERYALE, INC., | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Sarit Keinan, hereby certify that on October 31, 2005, a copy of Plaintiff's: (1) Motion for Payment of Disgorged Funds to the United States Treasury, (2) Memorandum of Law in Support of Motion for Payment of Disgorged Funds to the United States Treasury, and (3) proposed Order were served via facsimile and first class mail, postage prepaid, upon:

> R. Todd Cronan
> Gary S. Cooper
> Goodwin Proctor LLP
> Exchange Place
> 53 State Street
> Boston, MA 02109
> Attorneys for Defendants

> _____
> Sarit Keinan
> Attorney for Plaintiff
> U.S. Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, DC 20549-5631
> (202) 551-4892 (Stark)