IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : |
| | : |
| Plaintiff, | : |
| | : Case No. 1:05CV01040 |
| v. | : |
| | : |
| MARK W. BLODGETT and | : |
| STOCKERYALE, INC., | : |
| | : |
| Defendants. | : |
| | : |

## ORDER DIRECTING PAYMENT TO UNITED STATES TREASURY

This matter is before the Court on the Securities and Exchange Commission's motion for an order directing the Clerk of the Court to pay all funds held by the Court in this action to the United States Treasury.

The Court having considered the Commission's motion and accompanying brief, it is this ___ day of _____, 2005 ORDERED that the Commission's motion is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall pay the principal amount of $788,118.92 presently deposited in an interest-bearing account, together with all interest accrued thereon, less the registry fee assessment, by check payable to the order of the "Securities and Exchange Commission." This check shall be transmitted under cover letter to the Office of the Comptroller, Securities and Exchange Commission, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312,

which letter shall identify the caption and docket number of
this action and the name of the Court, and shall indicate that
the funds are being paid for deposit by the Comptroller of the
Securities and Exchange Commission into the United States
Treasury.  Copies of such check and accompanying cover letter
shall simultaneously be transmitted to John Reed Stark,
Enforcement Division, United States Securities and Exchange
Commission, 100 F Street, N.E., Mail Stop 5631-B, Washington,
D.C. 20549-5631; and it is

FURTHER ORDERED that upon receipt of the funds subject to
this Order, the Comptroller of the Securities and Exchange
Commission shall promptly remit the funds to the United States
Treasury.


_____
Honorable Henry H. Kennedy
United States District Court Judge


Cc:  John Reed Stark
     David R. Herman
     Sarit Keinan
     U.S. Securities and Exchange Commission
     100 F Street, N.E.
     Washington, D.C. 20549-5631

     R. Todd Cronan
     Gary S. Cooper
     Goodwin Proctor LLP
     Exchange Place
     53 State Street
     Boston, MA 02109


- 2 -