IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : |
| Plaintiff, | : |
| v. | : Case No. 1:05CV01040 |
| MARK W. BLODGETT and STOCKERYALE, INC., | : |
| Defendants. | : |

**ORDER DIRECTING PAYMENT TO UNITED STATES TREASURY**

This matter is before the Court on the Securities and Exchange Commission's motion for an order directing the Clerk of the Court to pay all funds held by the Court in this action to the United States Treasury.

The Court having considered the Commission's motion and accompanying brief, it is this ___ day of _____, 2005 ORDERED that the Commission's motion is GRANTED; and it is

FURTHER ORDERED that the Clerk of the Court shall pay the principal amount of $788,118.92 presently deposited in an interest-bearing account, together with all interest accrued thereon, less the registry fee assessment, by check payable to the order of the "Securities and Exchange Commission." This check shall be transmitted under cover letter to the Office of the Comptroller, Securities and Exchange Commission, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312,

which letter shall identify the caption and docket number of this action and the name of the Court, and shall indicate that the funds are being paid for deposit by the Comptroller of the Securities and Exchange Commission into the United States Treasury. Copies of such check and accompanying cover letter shall simultaneously be transmitted to John Reed Stark, Enforcement Division, United States Securities and Exchange Commission, 100 F Street, N.E., Mail Stop 5631-B, Washington, D.C. 20549-5631; and it is

FURTHER ORDERED that upon receipt of the funds subject to this Order, the Comptroller of the Securities and Exchange Commission shall promptly remit the funds to the United States Treasury.

_____
Honorable Henry H. Kennedy
United States District Court Judge

Cc: John Reed Stark
David R. Herman
Sarit Keinan
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5631

R. Todd Cronan
Gary S. Cooper
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109