## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>        **Plaintiff,**<br><br>      **v.**<br><br>**MARK W. BLODGETT and STOCKERYALE, INC.,**<br><br>        **Defendants.** | **Civil Action 05-01040 (HHK)** |

### ORDER DIRECTING PAYMENT TO UNTIED STATES TREASURY

This matter is before the court on the Securities and Exchange Commission's motion for an order directing the Clerk of the Court to pay all funds held by the court in this action to the United States Treasury.

The court having considered the Commission's motion and accompanying brief, it is this  3rd day of November, 2005,

**ORDERED** that the Commission's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk of the Court shall pay the principal amount of $788,118.92, presently deposited in an interest-bearing account, together with all interest accrued thereon, less the registry fee assessment, by check payable to the order of the "Securities and Exchange Commission."  This check shall be transmitted under cover letter to the Office of the Comptroller, Securities and Exchange Commission, 6432 General Green Way, Mail Stop 0-3, Alexandria,

Virginia  22312, which letter shall identify the caption and docket number of this action and the name of the court, and shall indicate that the funds are being paid for deposit by the Comptroller of the Securities and Exchange Commission into the United States Treasury.  Copies of such check and accompanying cover letter shall simultaneously be transmitted to John Reed Stark, Enforcement Division, United States Securities and Exchange Commission, 100 F Street, N.E., Mail Stop 5631-B, Washington, D.C.  20549-5631; and it is

**FURTHER ORDERED** that upon receipt of the funds subject to this order, the Comptroller of the Securities and Exchange Commission shall promptly remit the funds to the United States Treasury.

Henry H. Kennedy, Jr.
United States District Judge